# Third District Court of Appeal
## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-0969
Lower Tribunal No. F04-31228 B

————————————

**Richard Bernard Latson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Richard Bernard Latson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.